NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MICROPROCESSOR ENHANCEMENT
CORPORATION AND MICHAEL H. BRANIGIN,
*Plaintiffs-Appellants,*

v.

BUG LABS, INC.,
*Defendant-Appellee.*

2010-1474  .

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0607, Judge Stephen V. Wilson.

-------------------------------------------------------------------------

MICROPROCESSOR ENHANCEMENT
CORPORATION AND MICHAEL H. BRANIGIN,
*Plaintiffs-Appellants,*

v.

EMULEX CORPORATION,
*Defendant-Appellee.*

2010-1475

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0605, Judge Stephen V. Wilson.

-------------------------------------------------------------------

## MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,
*Plaintiffs-Appellants,*

v.

## TEXAS INSTRUMENTS INCORPORATED,
*Defendant-Appellee,*

**and**

## ARM LTD.,
*Defendant-Appellee.*

-----------------

2010-1476

-----------------

Appeal from the United States District Court for the Central District of California in case no. 08-CV-1123, Judge Stephen V. Wilson.

-------------------------------------------------------------------

## MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,
*Plaintiffs-Appellants,*

v.

## MINDSPEED TECHNOLOGIES, INC.,
*Defendant-Appellee,*

**and**

**ARM LTD.,**
*Defendant-Appellee.*

---

2010-1477

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0603, Judge Stephen V. Wilson.

------------------------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

**v.**

**ARCHOS, INC.,**
*Defendant-Appellee.*

---

2010-1479

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0606, Judge Stephen V. Wilson.

------------------------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL BRANIGIN,**
*Plaintiffs-Appellants,*

**v.**

**STMICROELECTRONICS NV** AND
**STMICROELECTRONICS, INC.,**
*Defendants-Appellees,*

**and**

**ARM LTD.,**
*Defendant-Appellee.*

---

2010-1484

---

Appeal from the United States District Court for the Central District of California in case no. 08-CV-1039, Judge Stephen V. Wilson.

---

**ON MOTION**

---

**O R D E R**

The appellants move to consolidate the above-captioned appeals and to issue a briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The appellants' opening brief is due within 30 days of the date of filing of this order. The appellees should calculate their brief due dates from the date of service of the appellants' opening brief. Appellees represented by the same counsel or law firm may only file a combined appellees' brief for those cases. Any appellee that appears in more than one case may only file a combined appellees' brief for those cases. The appellant

should calculate the due date for its combined consolidated reply brief from the latter day of service of any appellee's brief.

FOR THE COURT

**DEC 1 3 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Roderick G. Dorman, Esq.
Blaney Harper, Esq.
Bruce S. Sostek, Esq.
Joseph E. Thomas, Esq.
Kevin P. Anderson, Esq.
Gary N. Frischling, Esq.
Chad S. Campbell, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 1 3 2010

**JAN HORBALY**
**CLERK**